# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Renee Stoddard,

        Plaintiff.  Civil 09-2019 (PAM/FLN)

v.

        **ORDER OF DISMISSAL**

Erin, Inc.
*dba Midas Auto Service Experts*

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March   22  , 2010

                                          s/Paul A. Maguson
                                          Paul A. Magnuson, Judge
                                          United States District Court